IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR PITTMAN,

      Plaintiff,                      No. CIV S-08-2812 EFB P

    vs.

PEARSON,

      Defendant.              <u>ORDER</u>

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983.

       A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

       Here, the claim arose in Riverside County, California which is encompassed by the Eastern Division of the Central District of California. 28 U.S.C. § 84(c)(1). Therefore, in the interest of justice, this action is transferred to the United States District Court for the Central

1 | District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C.
2 | Cir. 1974).
3 |     So ordered.
4 | DATED:  December 2, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE